**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **TRACY DUDLEY,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **CIVIL NO. 07-401-GPM** |
| | ) |
| **YALE MATERIALS HANDLING GAMMON, INC.,** | ) |
| | ) |
|       **Defendant,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **NACCO MATERIALS HANDLING GROUP, INC.,** | ) |
| | ) |
|       **Defendant/ Third-Party Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **ST. GOBAIN PERFORMANCE PLASTICS CORPORATION,** | ) |
| | ) |
|       **Third-Party Defendant.** | ) |

# ORDER OF DISMISSAL

**MURPHY, Chief District Judge:**

      Defendant/Third-Party Plaintiff, NACCO Materials Handling Group, Inc., has filed a motion for voluntary dismissal without prejudice of its third-party claims against St. Gobain Performance Plastics Corporation. The motion states that Third-Party Defendant St. Gobain consents to the motion.

      Accordingly, the motion for voluntary dismissal without prejudice (Doc. 92) is **GRANTED**,

and Third-Party Defendant St. Gobain Performance Plastics Corporation is **DISMISSED without prejudice**.  The parties shall bear their own costs.

**IT IS SO ORDERED.**

DATED: 2/11/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge